■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CALVIN BELL, Appellant.— Appeal by defendant from an order of the County Court, Suffolk County, dated October 24, 1958, denying without a hearing his *coram nobis* application to vacate a judgment of said court entered November 14, 1956, on his plea of guilty, convicting him of manslaughter in the first degree and sentencing him to serve a term of 7½ to 20 years. Defendant contends that his plea of guilty was procured by the fraud and misrepresentation of his own counsel. Order affirmed. No opinion. The defendant also appeals from the opinion of the Judge which was rendered upon the determination of the *coram nobis* application. Such appeal is dismissed; no appeal lies from an opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN A. BRITTING, Appellant.— Appeal by defendant Britting from: (1) a judgment of the Supreme Court, Suffolk County, rendered May 27, 1959, at the Extraordinary Special and Trial Term of said court, after a jury trial, convicting him of conspiracy to violate section 1868 of the Penal Law and sentencing him to serve a term of six months, the execution of the sentence being suspended; and (2) from every intermediate order. Judgment affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM LAWSON BROWN, Appellant.— Appeal by defendant from a judgment of the County Court, Orange County, rendered February 19, 1960, after a jury trial, convicting him (under two separate indictments consolidated for trial) of burglary in the third degree and grand larceny in the second degree and burglary in the third degree and petit larceny, and sentencing him to serve a term of two to four years on each indictment; the two terms to run consecutively (Penal Law, § 2190, subd. 4). Judgment affirmed. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY CHANDLER, Appellant.— Appeal by defendant from: (1) a judgment of the Court of Special Sessions of the City of New York, Borough of Queens, rendered January 27, 1960, convicting him, after a nonjury trial, of violating sections 974 and 975 of the Penal Law (policy), and sentencing him to pay a fine of $50 or to serve 10 days in the City Prison; and (2) from each and every intermediate order. The fine was paid. Judgment affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.